IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONNIE JOE BACON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-05-510-W |
| | ) | |
| MARTY SIRMONS, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**Report and Recommendation Concerning Attorney General's Status**

The Respondents have moved to dismiss the Oklahoma Attorney General as a party.[1]

The Petitioner concedes this portion of the Respondents' motion,[2] and the Attorney General

is indeed an improperly named respondent.[3]   Accordingly, the Court should dismiss the

Oklahoma Attorney General as a party.

---

[1]     Response to Petition for Writ of Habeas Corpus at pp. 5-6 (July 5, 2005).

[2]     Petitioner's Reply to Respondent's Answer and Response to Petition for a Writ of Habeas
Corpus at pp. 1-2 (Nov. 14, 2005).

[3]     *See Crowley v. Graham*, 172 F.3d 62, 1999 WL 72123, Westlaw op. at 1 (10th Cir. Feb. 16,
1999) (unpublished op.) (holding that the Utah Attorney General was not a proper party to a habeas
action).

The Petitioner can object to this report and recommendation.[4]  To do so, Mr. Bacon must file an objection with the Clerk of this Court by April 3, 2006.[5]  The failure to timely object would foreclose appellate review of the suggested ruling.[6]

The referral to the undersigned is not terminated.

Entered this 14th day of March, 2006.


*Robert E. Bacharach*

Robert E. Bacharach
United States Magistrate Judge

---

[4]      *See* 28 U.S.C. § 636(b)(1) (2000).

[5]      *See* W.D. Okla. LCvR 72.1(a).

[6]      *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also Marshall v. Chater*, 75 F.3d 1421, 1426 (10th Cir. 1996) ("Issues raised for the first time in objections to the magistrate judge's recommendation are deemed waived.").

2